```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
IN RE MF GLOBAL HOLDINGS LTD.                                    :
                                                                 :
---------------------------------------------------------------- :     1:17-cv-167-GHW
                                                                 :
MICHELLE Y. COE,                                                 :         ORDER
                                                                 :
                                          Appellant,             :
                                                                 :
                  -v -                                           :
                                                                 :
MF GLOBAL HOLDINGS LTD., as Plan                                 :
Administrator,                                                   :
                                                                 :
                                          Appellee.              :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2023

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of Appellant's letter asking for clarification of her case's status. Dkt. No. 6. It appears to be substantively identical to the notice of appeal docketed in this case in June 2017. *See* Dkt. No. 5. Nonetheless, so that Appellant is provided information on her case, the Clerk of Court is directed to send (a) this Court's original decision on Appellant's appeal, Dkt. No. 3, and (b) the Clerk's judgment in this case, Dkt. No. 4.

SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge